**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-10999
_____


ANDREW L. SMITH,

                              Plaintiff-
                              Counter Defendant-
                              Appellee-
                              Cross Appellant,

               VERSUS

         CLAYTON J. SMITH, et al.,

                              Defendants,

               CLAYTON J. SMITH,
                 MARK L. SMITH,
                      and
         SMITH PROTECTIVE SERVICES, INC.,

                              Defendants-
                              Counter Claimants-
                              Appellants-
                              Cross Appellees.


_____

Appeal from the United States District Court
for the Northern District of Texas
(3:92-CV-170-D)
_____

November 17, 1997

Before WISDOM, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel, regarding both the appeal and the cross-appeal. We are convinced that the district court committed no reversible error and did a commendable job of sorting out and ruling on the various claims and disputes in this case. We are hopeful that this seemingly endless litigation will soon come to a close.

The judgment is AFFIRMED.